| Fill in this information to identify your case: | | |
|---|---|---|
| United States Bankruptcy Court for the: NORTHERN DISTRICT OF OHIO | | |
| Case number *(if known)* _____ | Chapter **7** | ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **JMC Mechanical, Inc.** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **23-3687993** |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business** **9 Broadway Street** **Wapakoneta, OH 45895** Number, Street, City, State & ZIP Code **Auglaize** County | **Mailing address, if different from principal place of business** **C/O Quentin M. Derryberry II, Attorney** **P.O. Box 2056** **Wapakoneta, OH 45895-2056** P.O. Box, Number, Street, City, State & ZIP Code **Location of principal assets, if different from principal place of business** **9 Broadway Street Wapakoneta, OH 45895-5000** Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | **None** | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

| Debtor | JMC Mechanical, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | | | Relationship | |
|---|---|---|---|---|---|
| District | | When | | Case number, if known | |

| Debtor | JMC Mechanical, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

   **Why does the property need immediate attention?** (*Check all that apply.*)

   ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard? _____

   ☐ It needs to be physically secured or protected from the weather.

   ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

   ☐ Other _____

   **Where is the property?** _____
      Number, Street, City, State & ZIP Code

   **Is the property insured?**
   ☐ No
   ☐ Yes.   Insurance agency _____
               Contact name _____
               Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | JMC Mechanical, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **July 22, 2017**
             MM / DD / YYYY

**X /s/ Jacquline McCormick, President**          Jacquline McCormick, President
Signature of authorized representative of debtor     Printed name

Title  **President**

**18. Signature of attorney**

**X /s/ Quentin M. Derryberry II Ohio**          Date  **July 22, 2017**
Signature of attorney for debtor                        MM / DD / YYYY

**Quentin M. Derryberry II Ohio**
Printed name

**Derryberry Law Firm**
Firm name

**15 Willipe Street, Suite 220**
**P.O. Box 2056**
**Wapakoneta, OH 45895-2056**
Number, Street, City, State & ZIP Code

Contact phone  **(419) 738-3217**     Email address  **QMD@DerryberryLawFirm.com**

**0024106**
Bar number and State

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 4

Ace Hardware
4405 State Route 66
Minster, OH 45865


Air Control Products
1201 Essic Ave.
Columbus, OH 43201


Airgas USA
1590 McClain Rd
Lima, OH 45804


allied Supply
460 S Main
Lima, OH 45804


American Air Balance
10245 Harrison Rd
OH 45740


Amerigas
3380 S Dixie
Lima, OH 45804


Andrew Limbert
16956 Blackhood Creek
Wapakoneta, OH 45895


Anthem Life Insurance Company
PO Box 182361
Columbus, OH 43218


ARC
546 S Collett
Lima, OH 45805


Barnettbates Corp
500 Mills Rd
Joliet, IL 60433


Bay Insulation
4755 W 15th
Cleveland, OH 44135

Bell & Blair, LLC
724 S Arlington
Akron, OH 44306


Buckeye Mechanical Insulation
1955 Reservoir Rd
Hilliard, OH 43026


Builders Exchange
2077 Embury Park Rd
Dayton, OH 45414


Cincinnati Precision Machinery, Inc
9083 Sutton Place
Hamilton, OH 45011


Columbus Fasteners
1150 Chesapeake Ave
Columbus, OH 43212


Concrete Coring Company
7210 Edington Dr
Cincinnati, OH 45249


D.D.T. A. Services, Inc.
461 East Taggart St
East Palestine, OH 44413


Darrell Shoup
1602 St. Rt. 501
Wapakoneta, OH 45895


Dean Klosterman
15086 St. Rt. 116
Saint Marys, OH 45885


Diversified Steel Trading, Inc
610 Burns Ave
Cincinnati, OH 45215


Drug Free Safety
Comp Mgmt
PO Box 884
Dublin, OH 43017

ERic B. Kjellander (0096219)
191 West Nationwide Blve Suite 300
Columbus, OH 43215


F. Randolph Sleeper
637 OVERBROOK DR COLUMBUS
Columbus, OH 43214


Fastenal Co.
50 Sawyer Pkwy
Suite D
Mansfield, OH 44903


First Call Auto Supply
10 E Pearl St
Wapakoneta, OH 45895


FMI ENTERPRISES, LLC.
c/o Dinsmore Agent Co.
191 Mationwide Boulevard, Swite 300
Columbus, OH 43215


Four U Office Supply
1640 Industrial Dr
Celina, OH 45822


Grainger
2321 Needmore Rd
Dayton, OH 45414


Guardian
PO Box 254888
Sacramento, CA 95865


HILTI Inc
3811 Twin Creeks Dr
Columbus, OH 43024


Jacqulinge McCormick
1603 Madison Place
Wapakoneta, OH 45895


JCrane Inc
10315 W US 36
Covington, OH 45318

Jeffrey P Limbert
10096 Glynwod Dr
Wapakoneta, OH 45895


John T. McCormick
1864 Timmerron Way
Naples, FL 34109-3318


Kara Ahrens
1724 Goettemoeller
Maria Stein, OH 45860


Kevin McGovern Associates Inc.
1562 West First Ave
Columbus, OH 43212


Kevin Ott
7852 Glynwood Rd
Wapakoneta, OH 45895


Linda L. Woeber (0027124)
36 East Seventh Street, Suite 2100
Montgomery, Rennie & Jonson
Attorneys at Law
Cincinnati, OH 45202


Lininger Trailer Sales
14284 Glynwood Rd
Wapakoneta, OH 45895


MacDonald Supply
425 East Lincoln Street
Findlay, OH 45840


Macomb Group
2501 Central Point Pkwy
Lima, OH 45804


Main Line Supply
1918 Bible Rd
Lima, OH 45804


Matandy Steel & Metal Products
1200 Central Ave
Hamilton, OH 45011

McMaster Carr Supply
PO Box 94930
Cleveland, OH 44101


Merit Insulation Company
504 N Maple St
Payne, OH 45880


Mesco Corporation
4880 St. Rt 66
New Bremen, OH 45869


Midwest Pipe and Steel
PO Box 11558
Fort Wayne, IN 46859


Northern Safety Co
PO Box 4250
Utica, NY 13504


Peter W. Hahn (0070202)
DINSMORE & SHOHL, LLP
191 West Nationwide Blvd. Suite 300
Columbus, OH 43215


Plasma Automation Inc
1801 Arctic Ave
Bohemia, NY 11716


Precision Air Balance
15500 Brookpark Rd
Cleveland, OH 44135


Professional Computer Company
3255 Saint Johns Rd
Suite C
Lima, OH 45804


Richard McCormick
1603 Madison Place
Wapakoneta, OH 45895


RRR Tire Service
13851 Cemetary Rd
Wapakoneta, OH 45895

Safety Professionals LLC
1640 Franklin Ave
Kent, OH 44240


Sams Club/GEMB
1150 Greely Chapel Rd
Lima, OH 45804


Stoermer Anderson Inc
6244 Executive Blvd
Dayton, OH 45424


Sunbelt Rentals
7257 E State Route 37
Sunbury, OH 43074


Time Warner Cable
1015 Olentangey River Rd
Columbus, OH 43212


Tradesman International
2312 Village Park Court
Mansfield, OH 44906


Trane
315 Falls Creek Dr
Vandalia, OH 45377


Travelers
One Tower Square
Hartford, CT 06183


USI Insurance Services LLC
200 Summit Lake Dr
Suite 350
Valhalla, NY 10595


Valley Interior Systems
3840 Fisher Road
Columbus, OH 43228


Verizon Wireless
3292 Elida Rd
Suite 500
Lima, OH 45805

Waibel Energy Systems Inc
815 Falls Creek Dr
Vandalia, OH 45377


Waste Management
1550 E 4th St
Lima, OH 45804


West Central Ohio Regional


Western OH True Value Hardware
04405 St. Rt. 66
Minster, OH 45865

# United States Bankruptcy Court
## Northern District of Ohio

In re: **JMC Mechanical, Inc.**
Debtor(s)

Case No.
Chapter **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **JMC Mechanical, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Jacquline McCormick**
**1603 Madison Place**
**Wapakoneta, OH 45895**

☐ None [*Check if applicable*]

**July 22, 2017**
Date

**/s/ Quentin M. Derryberry II Ohio**
**Quentin M. Derryberry II Ohio 0024106**
Signature of Attorney or Litigant
Counsel for **JMC Mechanical, Inc.**
**Derryberry Law Firm**
**15 Willipe Street, Suite 220**
**P.O. Box 2056**
**Wapakoneta, OH 45895-2056**
**(419) 738-3217 Fax:(877) 770-2240**
**QMD@DerryberryLawFirm.com**