## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   - ■ No. Go to Part 2.
   - ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>Ace Hardware<br>4405 State Route 66<br>Minster, OH 45865<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $100.77 |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>Air Control Products<br>1201 Essic Ave.<br>Columbus, OH 43201<br><br>Date(s) debt was incurred **Various**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $58,896.77 |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>Airgas USA<br>1590 McClain Rd<br>Lima, OH 45804<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $5,650.74 |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>Allied Supply<br>460 S Main<br>Lima, OH 45804<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $3,882.40 |

| | | |
|---|---|---|
| Debtor **JMC Mechanical, Inc.** | Case number (if known) | **17-32318** |
| Name | | |

| 3.5 | Nonpriority creditor's name and mailing address<br>**American Air Balance**<br>10245 Harrison Rd<br>OH 45740 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$7,500.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address<br>**Amerigas**<br>3380 S Dixie<br>Lima, OH 45804 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$195.18** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address<br>**Andrew Limbert**<br>16956 Blackhood Creek<br>Wapakoneta, OH 45895 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,353.92** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address<br>**Anthem Life Insurance Company**<br>PO Box 182361<br>Columbus, OH 43218 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$147.84** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address<br>**ARC**<br>546 S Collett<br>Lima, OH 45805 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$6,671.04** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address<br>**Barnettbates Corp**<br>500 Mills Rd<br>Joliet, IL 60433 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$8,670.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address<br>**Bay Insulation**<br>4755 W 15th<br>Cleveland, OH 44135 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$53,146.67** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| Debtor **JMC Mechanical, Inc.** | Case number (if known) | **17-32318** |

| 3.12 | Nonpriority creditor's name and mailing address<br>**Bell & Blair, LLC**<br>724 S Arlington<br>Akron, OH 44306<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | **$627.00** |
|---|---|---|---|
| 3.13 | Nonpriority creditor's name and mailing address<br>**Buckeye Mechanical Insulation**<br>1955 Reservoir Rd<br>Hilliard, OH 43026<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | **$45,804.00** |
| 3.14 | Nonpriority creditor's name and mailing address<br>**Builders Exchange**<br>2077 Embury Park Rd<br>Dayton, OH 45414<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,395.00** |
| 3.15 | Nonpriority creditor's name and mailing address<br>**Cincinnati Precision Machinery, Inc**<br>9083 Sutton Place<br>Hamilton, OH 45011<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Denied and disputed claim in Auglaize County Common Please Court case No. 2017 CV 0030 Claims in excess of $25,000**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.16 | Nonpriority creditor's name and mailing address<br>**Columbus Fasteners**<br>1150 Chesapeake Ave<br>Columbus, OH 43212<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | **$5,246.39** |
| 3.17 | Nonpriority creditor's name and mailing address<br>**Concrete Coring Company**<br>7210 Edington Dr<br>Cincinnati, OH 45249<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | **$8,339.50** |
| 3.18 | Nonpriority creditor's name and mailing address<br>**D.D.T. A. Services, Inc.**<br>461 East Taggart St<br>East Palestine, OH 44413<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | **$196.50** |

| Debtor | JMC Mechanical, Inc. | Case number (if known) | 17-32318 |
|---|---|---|---|

### 3.19
**Nonpriority creditor's name and mailing address**
Darrell Shoup
1602 St. Rt. 501
Wapakoneta, OH 45895

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$517.75**

---

### 3.20
**Nonpriority creditor's name and mailing address**
Dean Klosterman
15086 St. Rt. 116
Saint Marys, OH 45885

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$3,670.00**

---

### 3.21
**Nonpriority creditor's name and mailing address**
Diversified Steel Trading, Inc
610 Burns Ave
Cincinnati, OH 45215

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$32,901.68**

---

### 3.22
**Nonpriority creditor's name and mailing address**
Drug Free Safety
Comp Mgmt
PO Box 884
Dublin, OH 43017

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$1,660.00**

---

### 3.23
**Nonpriority creditor's name and mailing address**
F. Randolph Sleeper
637 OVERBROOK DR COLUMBUS
Columbus, OH 43214

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **President of Plaintiff FMI Enterprises, LLC. Denied and disputed claim in Auglaize County Common Please Court case No. 2017 CV 0030 Claims in excess of $25,000**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

### 3.24
**Nonpriority creditor's name and mailing address**
Fastenal Co.
50 Sawyer Pkwy
Suite D
Mansfield, OH 44903

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$3,611.88**

---

### 3.25
**Nonpriority creditor's name and mailing address**
First Call Auto Supply
10 E Pearl St
Wapakoneta, OH 45895

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$669.93**

| Debtor | JMC Mechanical, Inc. | Case number (if known) | 17-32318 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 3.26 | **Nonpriority creditor's name and mailing address**<br>**FMI ENTERPRISES, LLC.**<br>**c/o Dinsmore Agent Co.**<br>**191 Mationwide Boulevard, Swite 300**<br>**Columbus, OH 43215**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:** **Denied and disputed claim in Auglaize County Common Please Court case No. 2017 CV 0030 Claims in excess of $25,000**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.27 | **Nonpriority creditor's name and mailing address**<br>**Four U Office Supply**<br>**1640 Industrial Dr**<br>**Celina, OH 45822**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | **$83.58** |
| 3.28 | **Nonpriority creditor's name and mailing address**<br>**Grainger**<br>**2321 Needmore Rd**<br>**Dayton, OH 45414**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | **$583.57** |
| 3.29 | **Nonpriority creditor's name and mailing address**<br>**Guardian**<br>**PO Box 254888**<br>**Sacramento, CA 95865**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,483.94** |
| 3.30 | **Nonpriority creditor's name and mailing address**<br>**HILTI Inc**<br>**3811 Twin Creeks Dr**<br>**Columbus, OH 43024**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | **$967.50** |
| 3.31 | **Nonpriority creditor's name and mailing address**<br>**JCrane Inc**<br>**10315 W US 36**<br>**Covington, OH 45318**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,171.20** |
| 3.32 | **Nonpriority creditor's name and mailing address**<br>**Jeffrey P Limbert**<br>**10096 Glynwod Dr**<br>**Wapakoneta, OH 45895**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | **$5,186.18** |

| Debtor | JMC Mechanical, Inc. | Case number (if known) | 17-32318 |
|---|---|---|---|
| | Name | | |

| 3.33 | Nonpriority creditor's name and mailing address<br>Kara Ahrens<br>1724 Goettemoeller<br>Maria Stein, OH 45860 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $116.59 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.34 | Nonpriority creditor's name and mailing address<br>Kevin McGovern Associates Inc.<br>1562 West First Ave<br>Columbus, OH 43212 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,718.50 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.35 | Nonpriority creditor's name and mailing address<br>Kevin Ott<br>7852 Glynwood Rd<br>Wapakoneta, OH 45895 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $798.80 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.36 | Nonpriority creditor's name and mailing address<br>Lininger Trailer Sales<br>14284 Glynwood Rd<br>Wapakoneta, OH 45895 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $132.99 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.37 | Nonpriority creditor's name and mailing address<br>MacDonald Supply<br>425 East Lincoln Street<br>Findlay, OH 45840 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $14,717.45 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.38 | Nonpriority creditor's name and mailing address<br>Macomb Group<br>2501 Central Point Pkwy<br>Lima, OH 45804 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $27,135.35 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.39 | Nonpriority creditor's name and mailing address<br>Main Line Supply<br>1918 Bible Rd<br>Lima, OH 45804 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $26,015.11 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.40 | **Nonpriority creditor's name and mailing address**<br>Matandy Steel & Metal Products<br>1200 Central Ave<br>Hamilton, OH 45011<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $24,940.03 |
|---|---|---|---|
| 3.41 | **Nonpriority creditor's name and mailing address**<br>McMaster Carr Supply<br>PO Box 94930<br>Cleveland, OH 44101<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $1,383.95 |
| 3.42 | **Nonpriority creditor's name and mailing address**<br>Merit Insulation Company<br>504 N Maple St<br>Payne, OH 45880<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $11,772.40 |
| 3.43 | **Nonpriority creditor's name and mailing address**<br>Mesco Corporation<br>4880 St. Rt 66<br>New Bremen, OH 45869<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $102.23 |
| 3.44 | **Nonpriority creditor's name and mailing address**<br>Midwest Pipe and Steel<br>PO Box 11558<br>Fort Wayne, IN 46859<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $6,151.59 |
| 3.45 | **Nonpriority creditor's name and mailing address**<br>Northern Safety Co<br>PO Box 4250<br>Utica, NY 13504<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $250.39 |
| 3.46 | **Nonpriority creditor's name and mailing address**<br>Plasma Automation Inc<br>1801 Arctic Ave<br>Bohemia, NY 11716<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $4,329.56 |

| | | |
|---|---|---|
| Debtor  **JMC Mechanical, Inc.** | Case number (if known)  **17-32318** | |

### 3.47 Nonpriority creditor's name and mailing address
**Precision Air Balance**
15500 Brookpark Rd
Cleveland, OH 44135

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$3,600.00

### 3.48 Nonpriority creditor's name and mailing address
**Professional Computer Company**
3255 Saint Johns Rd
Suite C
Lima, OH 45804

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$7,718.50

### 3.49 Nonpriority creditor's name and mailing address
**RRR Tire Service**
13851 Cemetary Rd
Wapakoneta, OH 45895

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$1,483.84

### 3.50 Nonpriority creditor's name and mailing address
**Safety Professionals LLC**
1640 Franklin Ave
Kent, OH 44240

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$2,770.00

### 3.51 Nonpriority creditor's name and mailing address
**Sams Club/GEMB**
1150 Greely Chapel Rd
Lima, OH 45804

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$718.24

### 3.52 Nonpriority creditor's name and mailing address
**Stoermer Anderson Inc**
6244 Executive Blvd
Dayton, OH 45424

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$7,000.00

### 3.53 Nonpriority creditor's name and mailing address
**Sunbelt Rentals**
7257 E State Route 37
Sunbury, OH 43074

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$11,933.96

| | | |
|---|---|---|
| Debtor **JMC Mechanical, Inc.** | Case number (if known) | **17-32318** |

| 3.54 | **Nonpriority creditor's name and mailing address**<br>**Time Warner Cable**<br>**1015 Olentangey River Rd**<br>**Columbus, OH 43212**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | $295.56 |
|---|---|---|---|
| 3.55 | **Nonpriority creditor's name and mailing address**<br>**Tradesman International**<br>**2312 Village Park Court**<br>**Mansfield, OH 44906**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | $2,641.25 |
| 3.56 | **Nonpriority creditor's name and mailing address**<br>**Trane**<br>**315 Falls Creek Dr**<br>**Vandalia, OH 45377**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | $294,185.31 |
| 3.57 | **Nonpriority creditor's name and mailing address**<br>**Travelers**<br>**One Tower Square**<br>**Hartford, CT 06183**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | $842.17 |
| 3.58 | **Nonpriority creditor's name and mailing address**<br>**USI Insurance Services LLC**<br>**200 Summit Lake Dr**<br>**Suite 350**<br>**Valhalla, NY 10595**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | $6,144.00 |
| 3.59 | **Nonpriority creditor's name and mailing address**<br>**Valley Interior Systems**<br>**3840 Fisher Road**<br>**Columbus, OH 43228**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | $1,500.00 |
| 3.60 | **Nonpriority creditor's name and mailing address**<br>**Verizon Wireless**<br>**3292 Elida Rd**<br>**Suite 500**<br>**Lima, OH 45805**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | $2,459.44 |

| Debtor | JMC Mechanical, Inc. | Case number (if known) | 17-32318 |
|---|---|---|---|
| | Name | | |

| 3.61 | **Nonpriority creditor's name and mailing address**<br>Waibel Energy Systems Inc<br>815 Falls Creek Dr<br>Vandalia, OH 45377 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$531,966.36** |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.62 | **Nonpriority creditor's name and mailing address**<br>Waste Management<br>1550 E 4th St<br>Lima, OH 45804 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$272.05** |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.63 | **Nonpriority creditor's name and mailing address**<br>West Central Ohio Regional | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$64.00** |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.64 | **Nonpriority creditor's name and mailing address**<br>Western OH True Value Hardware<br>04405 St. Rt. 66<br>Minster, OH 45865 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,174.76** |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

### Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Eric B. Kjellander (0096219)<br>191 West Nationwide Blve Suite 300<br>Columbus, OH 43215 | Line **3.26**<br>☐ Not listed. Explain ____ | __ |
| 4.2 | Linda L. Woeber (0027124)<br>36 East Seventh Street, Suite 2100<br>Montgomery, Rennie & Jonson<br>Attorneys at Law<br>Cincinnati, OH 45202 | Line **3.15**<br>☐ Not listed. Explain ____ | __ |
| 4.3 | Peter W. Hahn (0070202)<br>DINSMORE & SHOHL, LLP<br>191 West Nationwide Blvd. Suite 300<br>Columbus, OH 43215 | Line **3.26**<br>☐ Not listed. Explain ____ | __ |

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | | 5b. + $ | |

Debtor  **JMC Mechanical, Inc.**　　　　　　　　　　　Case number (if known)　**17-32318**
　　　　Name

|  |  |  |
|---|---|---|
| **5c. Total of Parts 1 and 2**<br>　Lines 5a + 5b = 5c. | 5c. | $　　1,260,665.31 |

1,260,665.31