Fill in this information to identify the case:

Debtor name: **JMC Mechanical, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF OHIO**

Case number (if known): **17-32318**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☒ No. Go to Part 2.
   ☐ Yes Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor — Current value of debtor's interest

### Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☒ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

   7.1 Utilities have been paid by Richard McCormick until August 1, 2016 at which time they were transferred to FMI who holds a lease on the property until July 31, 2018. JMC deposit, if any, was transferred to FMI. — **Unknown**

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9. **Total of Part 2.**
   Add lines 7 through 8. Copy the total to line 81. — **$0.00**

### Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.
    ☒ Yes Fill in the information below.

11. **Accounts receivable**

    | | face amount | | doubtful or uncollectible accounts | | |
    |---|---|---|---|---|---|
    | 11b. Over 90 days old: | 1,351.00 | - | 0.00 | =.... | $1,351.00 |

| Debtor | JMC Mechanical, Inc. | Case number (If known) 17-32318 |
|---|---|---|
| | Name | |

| | 11b. Over 90 days old: | 257,446.58 | - | 0.00 | =.... | $257,446.58 |
|---|---|---|---|---|---|---|
| | | face amount | | doubtful or uncollectible accounts | | |

| | 11b. Over 90 days old: | 6,662.00 | - | 0.00 | =.... | $6,662.00 |
|---|---|---|---|---|---|---|
| | | face amount | | doubtful or uncollectible accounts | | |

| | 11b. Over 90 days old: | 955,661.97 | - | 0.00 | =.... | $955,661.97 |
|---|---|---|---|---|---|---|
| | | face amount | | doubtful or uncollectible accounts | | |

| | 11b. Over 90 days old: | 3,416.99 | - | 0.00 | =.... | $3,416.99 |
|---|---|---|---|---|---|---|
| | | face amount | | doubtful or uncollectible accounts | | |

| | 11b. Over 90 days old: | 40,308.52 | - | 0.00 | =.... | $40,308.52 |
|---|---|---|---|---|---|---|
| | | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.**     $1,264,847.06

    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:  Investments**

13. **Does the debtor own any investments?**

    ■ No.  Go to Part 5.
    ☐ Yes Fill in the information below.

**Part 5:  Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No.  Go to Part 6.
    ■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | Raw materials | | | | |
| 20. | Work in progress | | | | |
| 21. | Finished goods, including goods held for resale<br>Fiber glass grating and misc structural metal parts on skid | | $0.00 | | $500.00 |
| 22. | Other inventory or supplies<br>Misc HVAC Supplies | | $0.00 | | Unknown |

23. **Total of Part 5.**     $500.00

    Add lines 19 through 22.  Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**

| | |
|---|---|
| Debtor | JMC Mechanical, Inc. |
| | Name |

Case number *(If known)* 17-32318

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   ■ No
   ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No. Go to Part 7.
   ☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No. Go to Part 8.
   ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>Business facility leased to JMC by RME Enterprises consists of 14 separate offices. Desks are built in fixtures, file cabinets, computers and other misc. office equipment. Majority has been fully depreciated for IRS purposes. No recent appraisals. | $0.00 | | Unknown |
| | **Office furniture generally built into building** | $0.00 | | $0.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>Computer, server and software on which JMC records are kept<br>Although hardware has a discernable value, the real value involves the software and records that are maintained on the computer and server system. | Unknown | | Unknown |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.** $0.00
   Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ■ No

Official Form 206A/B       Schedule A/B Assets - Real and Personal Property       page 3
Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

17-32318-maw    Doc 15    FILED 08/19/17    ENTERED 08/19/17 01:14:15    Page 3 of 6

| Debtor | JMC Mechanical, Inc. | Case number (If known) 17-32318 |
|---|---|---|
| | Name | |

☐ Yes

45. Has any of the property listed in Part 7 been appraised by a professional within the last year?
   ☑ No
   ☐ Yes

### Part 8: Machinery, equipment, and vehicles

46. Does the debtor own or lease any machinery, equipment, or vehicles?

   ☐ No. Go to Part 9.
   ☑ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | 2 axle utility trailers - 10' long, rear drop ramps | $0.00 | | $750.00 |
| 47.2. | Semi trailer - unable to enter premises for make and model | $0.00 | | $3,000.00 |
| 47.3. | Semi trailer - used by Dean Klosterman - has on job site - location unknown | $0.00 | | $3,000.00 |
| 47.4. | 2 axle utility trailers 10' long - rear drop ramps $750 ea | $1,500.00 | Liquidation | $1,500.00 |
| 47.5. | Semi trailer - unable to enter premises for make and model | $3,000.00 | Liquidation | $3,000.00 |
| 47.6. | Semi trailer - presently located on loan/job site<br>Contact Dean Klosterman for location | $3,000.00 | Liquidation | $3,000.00 |
| 47.7. | 2 homemade pods 22' x 8' for tool storage | $0.00 | Liquidation | $3,000.00 |
| 47.8. | 2 box storage containers | $0.00 | Liquidation | $1,600.00 |
| 47.9. | 2 custom built storage pods for raw materials pertaining to plumbing/manufacturing materials 22' x 8' | $0.00 | Liquidation | $3,000.00 |
| 47.10. | Bobcat | $0.00 | Liquidation | $25,000.00 |
| 47.11. | Miller Arc Welder | $0.00 | Liquidation | $2,150.00 |

| Debtor | JMC Mechanical, Inc. | Case number (If known) 17-32318 |
|---|---|---|

| | | | | |
|---|---|---|---|---|
| 47.12. | Lincoln Arc Welder | $0.00 | Liquidation | $2,800.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
    See attached Exhibit/Explanation regarding other fixtures and machinery together with copy of Plaintiff's Motion for Temporary Restraining Order, Preliminary Injunction and Permanent Injunction          Unknown     N/A     Unknown

51. **Total of Part 8.**          $51,800.00
    Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

### Part 9:  Real property
54. **Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

### Part 10:  Intangibles and intellectual property
59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

### Part 11:  All other assets
70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property          page 5
Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

17-32318-maw    Doc 15    FILED 08/19/17    ENTERED 08/19/17 01:14:15    Page 5 of 6

Debtor   JMC Mechanical, Inc.                                             Case number (If known)   17-32318
         Name

## Part 12:   Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---:|---:|
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1 | $0.00 | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | $0.00 | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | $1,264,847.06 | |
| 83. **Investments.** Copy line 17, Part 4. | $0.00 | |
| 84. **Inventory.** Copy line 23, Part 5. | $500.00 | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $51,800.00 | |
| 88. **Real property.** Copy line 56, Part 9..........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** Copy line 66, Part 10. | $0.00 | |
| 90. **All other assets.** Copy line 78, Part 11. | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,317,147.06 + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $1,317,147.06 |