# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **The premises, known as 9 Broadway, Wapakoneta, Ohio, in which debtor holds a Lease through 2027, was leased with debtor/lessee's consent to FMI Enterprises LLC for a term of two (2) years commencing August 1, 2016. Contrary to the original intent of the Lease, FMI Enterprises LLC has sought and received a restraining order preventing lessor/debtor from entering the premises and thereby denying it access to its personal property, books and records, etc. Auglaize County Common Pleas Court, Case No. 2017 CV 0030.** | |
| State the term remaining | **1 year** | **FMI Enterprises, LLC**<br>**Dinsmore & Shohl, Donald Leach Esq**<br>**191 W. Nationwide Blvd, Suite 300**<br>**Columbus, OH 43215** |
| List the contract number of any government contract | | |

| Debtor 1 | **JMC Mechanical, Inc.** | | Case number *(if known)* | 17-32318 |
|---|---|---|---|---|
| | First Name | Middle Name  Last Name | | |

# Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **Ownership of Lessor Limited Partnership, Richard McCormick Enterprises LLC, was transferred to John McCormick in January, 2012. As part of the consideration for the conveyance, Richard McCormick Enterprises LLC leased the premises tp JMC Mechanical, Inc. for a term of fifteen (15) years terminating December 31, 2027. JMC Mechanical Inc. (debtor herein) is a corporation of which the spouse of Richard McCormick is the principle shareholder.** | |
| State the term remaining | **10 years, 4 months** | **Richard McCormick Enterprises, LLC**<br>c/o John McCormick<br>1864 Timarron Way<br>Naples, FL 34109 |
| List the contract number of any government contract | | |