**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.**



Dated: June 29 2018

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:

JMC MECHANICAL, INC.

Debtor.

* Case No. 17-32318
*
* Judge Mary Ann Whipple
*
* William L. Swope, Trustee
* 221 South Main Street
* Findlay, Ohio 45840
* (419) 422-0288
* Sup. Ct. #0029538

### ORDER FOR TURNOVER OF ASSETS/RECORDS HELD BY A CUSTODIAN

This cause came to be heard on the Motion of William L. Swope, Trustee.

No objection or other response to the Motion was filed. Upon due consideration and for good cause shown, it is hereby,

ORDERED, that the Custodians for Debtor(s), JMC MECHANICAL, INC. and, to wit, FMI Enterprises, LLC, F. Randolph Sleeper, John T. McCormick, Jacqueline McCormick, Richard McCormick, and Richard McCormick Enterprises, LLC to turnover the following:

1) All information related to accounts receivable owed to JMC Mechanical, Inc. including but not limited to:

    A) Billing Statements/Invoices

    B) Vendor Contracts and Work Orders supporting all accounts receivable

    C) Tax Returns for JMC Mechanical, Inc. for tax years 2013, 2014, 2015, 2016 and 2017

    D) Copies of all resolutions and/or minutes from all corporate Board Meetings held by JMC Mechanical, Inc. during calendar years 2013, 2014, 2015, 2016 and 2017

ORDERED, that neither the Custodians nor the Debtor(s) take any post-petition action that results in a diminution of the value of this asset.

## SERVICE LIST

United States Trustee, at (Registered address)@usdoj.gov

Quinton Derryberry on behalf of the debtor, JMC Mechanical, Inc. at qmd@derryberrylawfirm.com

Eric Kjellander, on behalf of FMI Enterprises, LLC, Custodian, at eric.kjellander@disnmore.com

Kevin C. Connell, on behalf of John McCormick, at kconnell@bcvalaw.com

William L. Swope on behalf of the Chapter 7 Trustee's Office at trustee7@sbcglobal.net

John McCormick, Custodian
1864 Timarron Way
Naples, FL 34109

F. Randolph Sleeper, Custodian
637 Overbrook Dr.
Columbus, OH 43214

Richard McCormick, Custodian
1603 Madison Place
Wapakoneta, OH 45895

Jacqueline McCormick, Custodian
1603 Madison Place
Wapakoneta, OH 45895

Richard McCormick Enterprises, LLC, Custodian
1603 Madison Place
Wapakoneta, OH 45895

/s/William L. Swope
William L. Swope, Trustee
Sup. Ct. #0029538
610 Tiffin Ave
Findlay, Ohio 45840
(419) 422-0288
trustee7@sbcglobal.net